**FILED**

04/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0249

ORIGINAL



IN THE SUPREME COURT OF THE STATE OF MONTANA

**DA 24-0249**

EIFFREE ARRIETA,

    Petitioner,

v.

CAPTAIN HASH, MISSOULA COUNTY
DENTENTION FACILITY,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: April 22, 2024.

_____

BOWEN GREENWOOD
Clerk of the Supreme Court